UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
MACKENZIE WINNIE,

                Plaintiff(s),        **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

   -against-

CHRISTOPHER DURANT, et al.,        20-CV-502 DNH/ATB

                Defendant(s).
---------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendants Christopher Durant, Albert Gravlin, Michael Eddy, Jarred Bullock, Matthew Chase, Roy Hastings, Burton Chevier, Joshua Walrath, Jason Paige, Nathan LaPlante and Ernesto Perez, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action are hereby voluntarily dismissed, with prejudice and without damages, costs, interest or attorneys' fees, against defendants Christopher Durant, Albert Gravlin, Michael Eddy, Jarred Bullock, Matthew Chase, Roy Hastings, Burton Chevier, Joshua Walrath, Jason Paige, Nathan LaPlante and Ernesto Perez, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER AGREED** that this stipulation may be signed and/or executed by facsimile and a facsimile copy may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       November 30, 2021

                                          *Cary London*
                                          **Cary London, Esq.**
                                          Attorneys for Plaintiff
                                          Caitlin Robin and Associates PLLC
                                          30 Broad Street, Suite 702
                                          New York, New York 10004
                                          (212) 203-1090

Dated: Albany, New York
November 30, 2021

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: *s/ Kostas D. Leris*
Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 11-30-2021